**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| Lawrie Brewer, <br><br> Plaintiff, <br> v. <br><br> Credit Protection Association; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:15-cv-00036-JM |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 9, 2016

Respectfully submitted,

PLAINTIFF, Lawrie Brewer

By: __/s/ Sergei Lemberg_____
Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 9, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

          By _/s/ Sergei Lemberg_____
            Sergei Lemberg, Esq.