**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

|  |  |
|---|---|
| Lawrie Brewer,<br><br>      Plaintiff,<br>v.<br><br>Credit Protection Association; and DOES 1-10, inclusive,<br><br>      Defendants. | Civil Action No.: 1:15-cv-00036-JM |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

  Lawrie Brewer ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 24, 2016

              Respectfully submitted,

              By: */s/ Sergei Lemberg*

              Sergei Lemberg, Esq.
              LEMBERG LAW LLC
              43 Danbury Road
              Wilton, CT 06897
              Telephone: (203) 653-2250
              Facsimile: (203) 653-3424
              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 24, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Eastern District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By  */s/ Sergei Lemberg*
                 Sergei Lemberg, Esq.